LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES
550 E. Charleston Blvd., Suite A
Las Vegas, NV 89104
Phone (702) 222-0007
Fax (702) 222-0001
Email: Lisa@Veldlaw.com

Attorneys for Defendant Justin Wright

# DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.   2:20-cr-00167 JCM-NJK |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE MOTION DEADLINES** |
| ALEXIS CATALAN, DANIEL LEATH, and JUSTIN WRIGHT, | |
| Defendants. | |

COME NOW the parties, the United States of America, by and through its counsel, Brett C. Ruff, Assistant United States Attorney; Alexis Catalan, by and through her attorney, Nisha Brooks-Whittington, Assistant Federal Public Defender; Daniel Leath, by and through his attorney, Dustin Marcello, Esq.; and Justin Wright, by and through his attorney, Lisa A. Rasmussen, Esq., and hereby stipulate as follows:

-1-

1. Counsel for Justin Wright has requested an extension of time to file any pretrial motions on behalf of Mr. Wright based on an ongoing conversation with the government that could obviate the need to file a pretrial motion.

2. The government is not opposed to extending the motions deadline for all three defendants in this case for a period of 30 days.

3. Defendants Catalan and Leath would also like to have their deadline extended in the event pretrial motions are necessary.

4. The trial in this case is scheduled for August and extending the pretrial motions deadline for a period of 30 days would not impact the trial date or the resolution of any pretrial motions prior to the trial date.

5. Accordingly, the parties propose a new deadline of Monday, April 26, 2021, which is 30 days from the present deadline of March 26, 2021.

**It is so stipulated.**

Dated March 26, 2021.

| | |
|---|---|
| **The Law Offices of Kristina Wildeveld & Associates,** | **Christopher Chiou**<br>**Acting United States Attorney** |
| /s/ Lisa A. Rasmussen | /s/ Brett C. Ruff |
| BY:  LISA A. RASMUSSEN, ESQ.<br>       Nevada Bar No. 7491<br>       Counsel for Justin Wright | BY:  BRETT C. RUFF<br>       Assistant United States Attorney<br>       Counsel for USA |
| **Rene Valladares**<br>**Federal Public Defender** | **Pitaro & Fumo, Chtd** |
| /s/ Nisha Brooks-Whittington | /s/ Dustin Marcello |
| BY:  NISHA BROOKS-WHITTINGTON<br>       Assistant Federal Public Defender<br>       Counsel for Alexis Catalan | BY:  DUSTIN MARCELLO, ESQ.<br>       NV Bar No. 10134<br>       Counsel for Daniel Leath |

## ORDER

Upon the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the deadline for filing all pretrial motions shall be extended to Monday, April 26, 2021.

IT IS FURTHER ORDERED that the responses to such motions shall be filed and served within fourteen (14) calendar days from the date of service of the motion.

IT IS FURTHER ORDERED that a reply brief may be filed and served within seven (7) calendar days from the date of service of the response and that the reply brief shall only address arguments made in the response to the motion.

Dated: March 29, 2021.

_____
The Honorable James C. Mahan
United States District Judge